IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NORMAN HARRINGTON WILSON,
    Petitioner,
  v.              **Judgment in a Civil Case**
D.R. STEPHENS,
    Respondent.         Case Number: 5:11-HC-2127-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on January 31, 2012, with service on:
Norman Harrington Wilson 15408-056, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)

January 31, 2012             /s/ Dennis P. Iavarone
                       Clerk